**Alexander Otis MATTHEWS, Plaintiff-Appellant,**

v.

**Ryan FAULCONER, Defendant-Appellee.**

No. 16-7667

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 27, 2017

Alexander Otis Matthews, Appellant Pro Se.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alexander Otis Mathews appeals the district court's order denying his Rule 59(e) motion for reconsideration of its order reclassifying Matthews' complaint as an attorney misconduct disciplinary complaint and denying his misconduct claims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Matthews v. Faulconer*, No. 1:15-cv-00448-LO-MSN (E.D. Va., filed Nov. 14 & entered Nov. 15, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*